KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:   andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIULIO PALMA, <br>     Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, ET AL. <br>     Defendant. | No. C 06-6151 PJH <br> **E-FILING CASE** <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME PERIOD TO MEDIATE CASE** |

    The parties, through their counsel, stipulate to extend the time in which to mediate this case from April, 2007 to July, 2007.

    Plaintiff will be filing an amended complaint shortly, which will be adding new parties and dismissing others.

    Until the pleadings are settled in this case, both parties agree that mediation is premature.

                                     Respectfully submitted,

                                     KEVIN V. RYAN
                                     United States Attorney

Dated: February 8, 2007                             /s/
                                   ANDREW Y.S. CHENG
                                   Assistant United States Attorney

Dated: February 8, 2007                         /s/
                                          BENJAMIN WINSLOW
                                          Attorney for Plaintiff

**ORDER**

The Court orders that the last day to mediate the case be extended from April, 2007 to July 31, 2007.

2/9/07



STIPULATION AND ORDER TO EXTEND TIME PERIOD TO MEDIATE CASE,
C 06-6151 PJH                         2