BENJAMIN R. WINSLOW, SBN 54830
3223 Webster Street
San Francisco, CA 94123
(415) 441-5943   Telephone
(415) 346-8987   Fax
E-Mail: BRWLAW@AOL.COM

Attorneys for Plaintiff Palma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIULIO PALMA,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>           Defendant. | No. C 06-6151 PJH<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Giulio Palma and Defendant United States of America, that Defendant United States of America only, be dismissed with prejudice from this action in all respects pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs incurred in connection with this action. Defendants, DOES 1 - 10 inclusive, are to remain as parties in this action. .

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN R. WINSLOW
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: February 26, 2007　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW Y.S. CHENG
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1 **ORDER**

2  GOOD CAUSE APPEARING, it is hereby ordered that defendant United States of
3  America be dismissed with prejudice from the above action. Doe Defendants remain as parties
4  to this action.

5  DATED: 2/27/07  _____



STIPULATION AND ORDER TO EXTEND TIME PERIOD TO MEDIATE CASE,
C 06-6151 PJH                                              2