KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIULIO PALMA,<br><br>                Plaintiff,<br><br>   v.<br><br>LYNWOOD DENT, et al.<br><br>               Defendant. | No. C 06-6151 PJH<br>**E-FILING CASE**<br><br>**STIPULATION AND [P~~ROPOSE~~D]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:   March 29, 2007 |

     The parties, through their counsel, stipulate to continue the case management, currently scheduled for March 29, 2007 to **May 17, 2007**.

     On February 26, 2007, plaintiff dismissed the United States as a party to this action.

     Plaintiff filed an amended complaint on February 26, 2007.  It is anticipated that the Federal Defendant will move to dismiss this amended complaint.

     Once the pleadings are settled, the parties will be ready to propose trial and discovery dates.

                                                                 Respectfully submitted,

                                                                 KEVIN V. RYAN
                                                                 United States Attorney

Dated: March 1, 2007                                            /s/
                                                                 ANDREW Y.S. CHENG
                                                                 Assistant United States Attorney

1
2
3
4  Dated: March 1, 2007                                    _____/s/_____
                                                          BENJAMIN WINSLOW
5                                                         Attorney for Plaintiff
6
                                              **ORDER**
7
8        The Court orders that the case management conference currently set for March 29, 2007
9  be continued to May 17, 2007, at 2:30 p.m.
10
11                                                        _____
12                    3/2/07                              PHYLLIS J. HAMILTON
                                                          U.S. DISTRICT JUDGE



STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE,
C 06-6151 PJH                           2