KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIULIO PALMA,<br><br>                Plaintiff,<br><br>   v.<br><br>LYNWOOD DENT, et al.<br><br>               Defendant. | No. C 06-6151 PJH<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:   May 17, 2007 |

    The parties, through their counsel, stipulate to continue the case management, currently scheduled for May 17, 2007 to **June 28, 2007**.

    The Federal Defendant's motion to dismiss will be heard on May 23, 2007. If the motion is denied, the parties will be prepared to file their joint case management conference statement. Granting the motion would obviate the conference.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: April 26, 2007                                       /s/
                                                ANDREW Y.S. CHENG
                                                Assistant United States Attorney

Dated:  April 26, 2007                              _____/s/_____
                                                    BENJAMIN WINSLOW
                                                    Attorney for Plaintiff

## ORDER

The Court orders that the case management conference currently set for May 17, 2007 be continued to June 2̶1̶ 28, 2007, at 2:30 p.m.



STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE,
C 06-6151 PJH                          2