SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIULIO PALMA,<br><br>    Plaintiff,<br><br>v.<br><br>LYNWOOD DENT, ET AL.<br><br>    Defendant. | No. C 06-6151 PJH<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE MOTION TO<br>DISMISS AND CASE MANAGEMENT<br>CONFERENCE** |

    The parties jointly request that the hearing date for the Federal Defendant's motion to dismiss be continued to **August 29, 2007**, at 9:00 a.m.  Because of conflicting dates for counsel and the Court, August 29, 2007 is the first available date.

    Plaintiff shall file her opposition to the motion to dismiss no later than May 16, 2007. Defendant's reply brief shall be filed no later than June 27, 2007.

    The parties further request that the case management conference currently scheduled for June 28, 2007 be continued to September 20, 2007, at 2:30 p.m.

                                          Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

Dated: May 1, 2007                                /s/
                                          ANDREW Y.S. CHENG
                                          Assistant United States Attorne

Dated:  May 1, 2007                                          _____/s/_____

BENJAMIN WINSLOW

Attorney for Plaintiff

**ORDER**

The Court orders that the case management conference currently set for June 28, 2007 be continued to September 20, 2007, at 2:30 p.m.

The hearing date for defendant's motion to dismiss is continued to August 29, 2007, at 9:00 a.m.  Plaintiff shall file his opposition no later than May 16, 2007.  Defendant shall file his reply brief no later than June 27, 2007.

5/2/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CMC,
C 06-6151 PJH                                   2